**COM.**

v.

**MITCHELL, F.**

**1060 WDA 2016**

Superior Court of Pennsylvania.

04/05/2017

CP–26–CR–0001539–2013 (Fayette)

Affirmed

**COM.**

v.

**MILNER, W.**

**1062 WDA 2016**

Superior Court of Pennsylvania.

04/05/2017

Reargument Denied 6/22/2017

CP–02–CR–0005326–1982
(Allegheny)

Affirmed

**COM.**

v.

**SNEE, R.**

**1406 WDA 2016**

Superior Court of Pennsylvania.

04/05/2017

Reargument Denied 6/15/2017

CP–02–CR–0014837–2014
(Allegheny)

Affirmed

**COM.**

v.

**PETERSON, M.**

**1537 WDA 2016**

Superior Court of Pennsylvania.

04/05/2017

CP–65–CR–0000981–2014
CP–65–CR–0004070–2014
(Westmoreland)

Affirmed